IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSANN SAMUELS,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK FEDEN, U.S. DEA Agent; and U.S. MARSHALLS,<br><br>　　　　　　　Defendants. | **8:15CV235**<br><br>ORDER |

　　　This matter is before the court following discussion of this case during a hearing on July 13, 2015, before the magistrate judge, on a related criminal matter, 8:15CR198, *United States of America v. Rosann Samuels*.  Samuels represented to the magistrate judge that this civil case, 8:15CV235, may not have been authorized by her and should be dismissed.  Samuels is now represented by counsel and all filings will be made by counsel.  Accordingly, case 8:15CV235 shall be dismissed.

　　　Dated this 17th day of July, 2015

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge